

NUMBER 13-15-00201-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

### IN THE MATTER OF J.R. JR., A JUVENILE

---

**On appeal from the 197th District Court
of Cameron County, Texas.**

---

## ORDER OF ABATEMENT

**Before Justices Garza, Benavides, and Longoria
Order Per Curiam**

Appellant, J.R. Jr., a juvenile, through his appointed counsel, filed a notice of appeal regarding the trial court's order transferring his case to adult court. *See* TEX. FAM. CODE ANN. §§ 54.02, 56.01 (West, Westlaw through 2015 R.S.). The reporter's record has been filed in this case, however, the clerk's record has not yet been filed because appellant has not made arrangements for payment. Accordingly, we ABATE this appeal and REMAND the cause to the trial court for further proceedings. Upon remand, the trial court shall cause notice of a hearing to be given and, thereafter, conduct a hearing to

determine the following: (1) whether appellant is indigent; and (3) whether appellant is entitled to a free appellate record due to his indigency.

The trial court shall cause its findings and recommendations, together with any orders it may enter regarding the aforementioned issues, to be included in a supplemental clerk's record and shall cause a supplemental reporter's record of any proceedings to be prepared. The supplemental clerk's record and reporter's record, if any, shall be filed with the Clerk of this Court on or before the expiration thirty days from the date of this order.

It is so ORDERED.

PER CURIAM

Delivered and filed the
3rd day of October, 2015.